```
1  DOUGLAS STENZEL - SBN 75421
   Law Office of Douglas Stenzel
2  1111 Tahquitz Canyon Way, Suite 121
   Palm Springs, California 92262
3  Telephone: 760/318-8383
   Facsimile:  760/318-8393
4
5  Attorney for: Plaintiff Christopher Upham
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER UPHAM,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PERSONAL REPRESENTATIVE OF THE ESTATE OF PETER M. FOX, deceased; HELENA F. FOX, and the Guardian Ad Litem(s) for REBECCA H. FOX and ROBERT G. FOX, Minors,<br><br>        Defendants. | **CASE NO.**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**(L.R. 85-1.5)** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Christopher Upham, certifies that the following listed party or parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    Christopher Upham, Plaintiff;

//
//
//
//

---

1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

2. The Personal Representative of the Estate of Peter M. Fox, deceased; defendant;

3. Helena F. Fox, defendant;

4. The Guardian Ad Litem for Rebecca H. Fox, minor defendant; and

5. The Guardian Ad Litem for Robert G. Fox, Minor, defendant.

Dated: April 4, 2008

LAW OFFICE OF DOUGLAS STENZEL

By: *(signature)*
DOUGLAS STENZEL
Attorney for Christopher Upham