DOUGLAS STENZEL - SBN 75421
Law Office of Douglas Stenzel
1111 Tahquitz Canyon Way, Suite 121
Palm Springs, California 92262
Telephone: 760/318-8383
Facsimile: 760/318-8393

Attorney for Plaintiff CHRISTOPHER UPHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER UPHAM,<br><br>   Plaintiff,<br><br>THE PERSONAL REPRESENTATIVE OF THE ESTATE OF PETER M. FOX; HELENA F. FOX, Individually and as Guardian Ad Litem for REBECCA H. FOX and ROBERT G. FOX, Minors,<br><br>   Defendants. | CASE NO. CV 08 1859 MMC<br><br>**PLAINTIFF CHRISTOPHER UPHAM'S REPORT UNDER FED.R.CIV.P.26(f)** |

Pursuant to Federal Rules of Civil Procedure, Rule 26(f), plaintiff Christopher Upham provides the following report.

  **(1) Conference Timing.**

  The defendants have not been served with summons and complaint, thus a meet and confer conference cannot be scheduled.

  **(2) Conference Content; Parties' Responsibilities.**

  The defendants have not been served with summons and complaint, thus no discovery plan has been discussed.

  **(3) Discovery Plan.**

  The defendants have not been served with summons and complaint, thus no discovery plan has been discussed.

(4) **Expedited Schedule.**
Not applicable at this time.

Dated: 7/15/08

LAW OFFICE OF DOUGLAS STENZEL

By: /s/ Douglas Stenzel
DOUGLAS STENZEL
Attorney for Christopher Upham

# PROOF OF SERVICE BY MAIL

I, the undersigned, am a resident of the County of Riverside, State of California, over the age of eighteen years and not a party to the within action. I am employed by the Law Office of Douglas Stenzel at 1111 Tahquitz Canyon Way, Suite 121, Palm Springs, California 92262.

On **July 15, 2008**, I served the within **PLAINTIFF CHRISTOPHER UPHAM'S REPORT UNDER FED.R.CIV.P.26(f)** on the interested parties in said action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

<u>**NO PARTIES TO SERVE AT THIS TIME**</u>

I am "readily familiar" with the firm's practice and collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Palm Springs, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 7-15-08

DEBI BROUILLETTE

---

3

PLAINTIFF CHRISTOPHER UPHAM'S DISCLOSURE UNDER FED.R.CIV.P.26