**CIVIL MINUTES**

E-filing

**Judge MAXINE M. CHESNEY**

Date: JUL 1 8 2008

C-08-1859-MMC

Christopher Upham         v    Estate of Peter M. Fox et al

Attorneys: Douglas Stenzel            No Appearance

Deputy Clerk: **TRACY LUCERO**     Reporter: Not Reported

**PROCEEDINGS:**                                    **RULING:**

1. _____     _____
2. _____     _____
3. _____     _____
4. _____     _____

                                              Initial
( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Deadline to serve & file proof of service on personal representative is 11/7/08. Joint statement due by 1/30/09.

( ) ORDER TO BE PREPARED BY:   Plntf_____ Deft_____ Court_____

( ) Referred to Magistrate For: _____
    ( ) By Court
(✓) CASE CONTINUED TO 2/6/09 @ 10:30 for Continued Case Management Conference

Discovery Cut-Off _____  Expert Discovery Cut-Off _____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial: ( )Jury  ( )Court
Notes: _____

(10 min)