IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER UPHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>HELENA F. FOX, et al.,<br><br>    Defendants.<br>_____ / | No. C-08-1859 MMC<br><br>**ORDER GRANTING APPLICATION TO EXTEND TIME TO SERVE DEFENDANTS** |

     Before the Court is plaintiff's "Ex Parte Application to Extend Time to Serve Defendants," filed March 10, 2009, by which plaintiff requests an extension, from March 20, 2009 to April 20, 2009, of the "service of process date of the second amended complaint." (See Application at 2:3-4.)  Having read and considered the application, and, good cause appearing, the Court hereby GRANTS the application.

     Plaintiff shall serve the Second Amended Complaint and summons on defendants no later than April 20, 2009.

     **IT IS SO ORDERED.**

Dated: March 11, 2009

                                                        MAXINE M. CHESNEY<br>
                                                        United States District Judge