DOUGLAS STENZEL - SBN 75421
Law Office of Douglas Stenzel
2825 Tahquitz Canyon Way, Building C
Palm Springs, California 92262
Telephone: 760/318-8383
Facsimile: 760/318-8393

Attorneys for: Plaintiff Christopher Upham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER UPHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>HELENA F. FOX, Individually and as the Personal Representative of the Estate of Peter M. Fox, Deceased, and as Guardian Ad Litem for REBECCA H. FOX and ROBERT G. FOX, Minors,<br><br>    Defendants. | CASE NO. C 08-1859 MMC<br><br>EX PARTE APPLICATION FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE HEARING; MEMORANDUM OF POINTS & AUTHORITIES; [PROPOSED] ORDER<br><br>DATE :<br>TIME :<br>CTRM:  7 |

### APPLICATION FOR LEAVE TO APPEAR TELEPHONICALLY
### AT CASE MANAGEMENT CONFERENCE HEARING

  Plaintiff Christopher Upham hereby applies ex parte to this court for an order granting leave to appear telephonically at the Case Management Conference hearing scheduled for October 16, 2009, at 10:30 a.m. in Courtroom 7, 19th Floor. This application is made on the grounds that on July 31, 2009, the court advised counsel in open court during a Case Management Conference Hearing that in the future the court would allow counsel to appear telephonically since our office is located in Palm Springs and that actual appearance by counsel at the next Case Management Conference Hearing would not be necessary in order to save travel time and expenses.

Further, counsel for plaintiff has a mandatory appearance in the matters of *In re the SAVAGE FAMILY TRUST, Established April 9, 1998*, Riverside County Superior Court Case No. INP 022351, and *In re the HELEN MARIE SAVAGE LIVING TRUST, Established April 8, 1998*, Riverside County Superior Court Case No. INP 022350, scheduled for 8:30 a.m. in the Palm Springs Courthouse. These appearances will be concluded well in advance of the 10:30 a.m. Case Management Conference hearing scheduled in Federal Courtroom 7, 19th Floor, in San Francisco. Counsel for plaintiff will be available by telephone at 10:30 a.m. and remain available for the entire day.

Dated: 10-7-09

LAW OFFICE OF DOUGLAS STENZEL

By: /s/ Douglas Stenzel
DOUGLAS STENZEL
Attorney for Plaintiff
CHRISTOPHER UPHAM

I

## Motion for Administrative Leave

*Federal Court Rule 7-11* states in pertinent part:

> "The Court recognizes that during the course of case proceedings a party may require a court order with respect to miscellaneous administration matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge. These motions would include matters such as motions to exceed otherwise applicable page limitations or motions to file documents under seal, for example."

Respectfully submitted,

Dated: 10/7/09

LAW OFFICE OF DOUGLAS STENZEL

By: /s/ Douglas Stenzel
DOUGLAS STENZEL
Attorney for Plaintiff
CHRISTOPHER UPHAM

## ORDER

GOOD CAUSE APPEARING, plaintiff is hereby allowed to appear telephonically at the Case Management Conference hearing on October 16, 2009.

Dated: October 13, 2009

_____
MAXINE M. CHESNEY