# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Sua Sponte Judicial Referral has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 08-1859 MMC**   Upham v. The Personal Representative of the Estate of Peter M. Fox, et al.
**C 13-3377 EDL**   Upham v. Helena M. Fox

## ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case numbers. All matters presently scheduled for hearing in the reassigned cases are vacated and must be renoticed for hearing before the undersigned.

**DATED:** July 31, 2013

MAXINE M. CHESNEY
United States District Judge